1

2

3

4

5

6

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  PAUL ASMUS, | Case No.  3:14-CV-05418 CRB |
| 13            Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO EXTEND DISPOSITIVE MOTION BRIEFING SCHEDULE** |
| 14       v. | |
| 15  PEGASUS AVIATION SERVICES, LLC., an Alaskan Corporation, AKIMA, LLC, | |
| 16  and DOES 1-20, | |
| 17            Defendant. | |

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

(CASE NO. 3:14-CV-05418)                          [PROPOSED ORDER] GRANTING
                                                   JOINT STIPULATION

1

2        Having considered the foregoing "Joint Stipulation to Extend The Dispositive Motion

3  Briefing Schedule" and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED

4  as follows:

5              1.  The deadlines for filing dispositive motions is continued from April 8, 2016 to

6                  June 1, 2016; oppositions are continued from April 22, 2016 to June 20, 2016;

7                  and replies are continued from April 29, 2016 to June 29, 2016.

8              2.  The hearing on dispositive motions is continued from May 13, 2016 to 10:00

9                  a.m. on July 8, 2016.

10

11  IT IS SO ORDERED.

12

13

14

Date:  March 14, 2016

15                                          _____

                                            THE HONORABLE CHARLES R. BREYER

16

17

18

19  Firmwide:139246595.1 078507.1005

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

(CASE NO. 3:14-CV-05418)                    [PROPOSED ORDER] GRANTING
                                            JOINT STIPULATION