IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ASMUS, | No. C 14-5418 CRB |
| Plaintiff, | **ORDER DENYING SUMMARY JUDGMENT** |
| v. | |
| PEGASUS AVIATION SERVICES, et al., | |
| Defendants. | |

Plaintiff Paul Asmus brought this California whistleblower claim and companion wrongful termination claim against Defendants Pegasus Aviation Services and Akima LLC. See Compl. (dkt. 1).  Defendants have moved for summary judgment on all claims. See Motion (dkt. 40).  After reviewing the parties' submissions and relevant authorities, and for the reasons stated at the hearing, the Court concludes that Asmus has established genuine disputes of material fact on both his whistleblower and wrongful termination claims.  The Court also finds a triable issue on whether Pegasus and Akima were Asmus's joint employers.  The Court thus DENIES the motion for summary judgment on all claims.

**IT IS SO ORDERED.**

Dated: July 8, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE